

| | |
|---|---|
| 1 | Ramiro Morales - 167947 |
| | William C. Reeves - 183878 |
| 2 | MORALES FIERRO & REEVES |
| | 2300 Contra Costa Blvd., Suite 310 |
| 3 | Pleasant Hill, CA 94523 |
| | Telephone: 925/288-1776 |
| 4 | Facsimile: 925/288-1856 |

FILED

DEC - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NORTHERN INSURANCE COMPANY OF NEW YORK, | Case No.: 1:08-cv-00818-AWI-DLB |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| MARY E. MCCLURE, VINCE FRANCE, et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

BE ADVISED THAT, pursuant to FRCP 41(a), plaintiff The Northern Insurance Company of New York ("Northern") hereby dismisses Mary E. McClure with prejudice. Each side to bear their own attorney's fees and costs.

Northern also dismisses Vince France and Betty France without prejudice. All parties to bear their own attorney's fees and costs.

///
///
///
///
///
///

1

Case 1:08-cv-00818-AWI-DLB   Document 12   Filed 12/08/08   Page 2 of 2
Case 1:08-cv-00818-AWI-DLB   Document 11   Filed 11/04/2008   Page 2 of 2

As all defendants have now been dismissed, this matter is properly closed.

Dated: November 4, 2008

                                        MORALES FIERRO & REEVES

By:   /s/ William C. Reeves
      William C. Reeves
      MORALES, FIERRO & REEVES
      Attorneys for Plaintiff

S:\DOCS\ZU7428\NOT081104.WCR.wpd

**It is so Ordered. Dated:** 12-5-08

United States District Judge

2
NOTICE        Case No.: 1:08-cv-00818-AWI-DLB